IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:14-CR-37-1BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO FILE DOCUMENT |
| CARL DAVIS, | UNDER SEAL |
| Defendant. | |

This matter having come before the Court on motion of counsel for Defendant to file document under seal, and for good cause shown;

IT IS HEREBY ORDERED that the Defendant's Proposed Sealed document No.26 be filed under seal.

ORDERED THIS _13_ day of December, 2014.

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE