UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Carl Davis                                       Docket No. 7:14-CR-37-1BO

**Petition for Action on Probation**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Carl Davis, who, upon an earlier plea of guilty to Purloining Monies of the United States in violation of 18 U.S.C. §641, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 18, 2014, to 48 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted urine specimens on December 29, 2014, and March 12, 2015, both of which tested positive for cocaine. The defendant denies having used cocaine. As previously reported to the court, the defendant has been afforded ample time to document that some medical procedures he is undergoing involved the medical administration of cocaine, but he has not done so. He has been advised of the consequences of any future failed drug tests. We recommend modifying the conditions of probation to allow the defendant to undergo drug testing and treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows: The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Thomas E. Sheppard |
| Robert K. Britt | Thomas E. Sheppard |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2541 |
| | Executed On: April 10, 2015 |

**ORDER OF THE COURT**

Considered and ordered this _10_ day of _April_, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge