UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Carl Davis                                              Docket No. 7:14-CR-37-1BO

### Petition for Action on Probation

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Davis, who, upon an earlier plea of guilty to Purloining Monies of the United States in violation of 18 U.S.C. §641, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 18, 2014, to 48 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine specimen on February 24, 2016, which tested positive for cocaine. The defendant denied using cocaine. Due to the defendant's age and poor health, we do not consider him appropriate for jail time; therefore, we recommend the conditions of probation be modified to require the defendant to adhere to a curfew, with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring, and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.

/s/ Robert K. Britt                            /s/ Thomas E. Sheppard
Robert K. Britt                                Thomas E. Sheppard
Senior U.S. Probation Officer                  U.S. Probation Officer
                                               310 Dick Street
                                               Fayetteville, NC 28301-5730
                                               Phone: 910-354-2541
                                               Executed On: March 23, 2016

Carl Davis
Docket No. 7:14-CR-37-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 25 day of March, 2016 and ordered filed and made a part of the records in the above case.

*/s/ Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge